# MAHTOOK & LAFLEUR, L.L.C.
### ATTORNEYS AT LAW

CHARLES A. MOUTON
cmouton@mandllaw.com

1000 CHASE TOWER
600 JEFFERSON STREET
POST OFFICE BOX 3089
LAFAYETTE, LOUISIANA 70502

TELEPHONE: (337) 266-2189
FACSIMILE:  (337) 266-2303

July 17, 2023

**VIA ELECTRONIC FILING**

Honorable Brian A. Jackson
Judge, Middle District of Louisiana
777 Florida Street, Suite 375
Baton Rouge, Louisiana   70801

RE:   Jay Thomas
VS:   Cantium, LLC, et al
NO:   21-CV-00526; Judge Jackson; Mag Bourgeois

Dear Judge Jackson:

We take this opportunity to advise the Court that the claims referable to the above captioned matter have been settled.   We therefore request that this matter be removed from the Court's July 31, 2023 trial docket.

Very truly yours,

MAHTOOK & LAFLEUR

CHARLES A. MOUTON
CAM:gra
cc:    Mr. Trent A. Shelton (Via E-mail)