UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAY THOMAS** | **CIVIL ACTION** |
| **VERSUS** | |
| **CANTIUM, LLC, ET AL.** | **NO. 21-00526-BAJ-RLB** |

### ORDER

Considering Plaintiff's **Notice Of Settlement (Doc. 37)**, which reflects that the parties have reached a compromise and settlement of all claims in this matter, and requests removal of this case from the Court's July 31, 2023 trial docket,

**IT IS ORDERED** that this action be and is hereby **DISMISSED**, without prejudice to the right, upon good cause shown, within 60 days, to reopen the action, if the settlement is not perfected.

**IT IS FURTHER ORDERED** that the jury trial set to begin July 31, 2023 be and is hereby **CANCELLED**, and that all pending motions **(Doc. 29, Doc. 32)** be and are hereby **TERMINATED**, without prejudice to the parties' right to re-submit their motions if the settlement is not perfected.

**IT IS FURTHER ORDERED** that upon perfection of settlement, the parties shall immediately file a joint stipulation of dismissal consistent with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii).

Baton Rouge, Louisiana, this 21st day of July, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JURY