UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAY THOMAS                                                    CIVIL ACTION

VERSUS

CANTIUM, LLC, ET AL.                              NO. 21-00526-BAJ-RLB

## JUDGMENT

Considering the parties' **Motion to Dismiss (Doc. 40)**, which the Court construes as a stipulation of dismissal signed by counsel for all remaining parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 2nd day of October, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA